J-A27019-19

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| SHARON COLEMAN, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| HANY MAHMOUD | : | No. 917 EDA 2019 |

Appeal from the order Entered February 26, 2019
in the Court of Common Pleas of Montgomery County
Civil Division at No(s): 2016-22259

BEFORE: BOWES, J., SHOGAN, J. and STRASSBURGER, J.*

CONCURRING MEMORANDUM BY STRASSBURGER, J.: **FILED FEBRUARY 18, 2020**

I join the Majority memorandum.

Nonetheless, the sanction of a preclusion order that amounts to a dismissal is particularly harsh, and, had I been the trial judge, I might have chosen a lesser sanction. Yet, given the abuse of discretion standard of review, I cannot find that the trial court erred.

* Retired Senior Judge assigned to the Superior Court.